UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNIFER KRALEY HEINRICH, Individually and as limited guardian ad litem for A.K.J., a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>CASTLE ROCK SCHOOL DISTRICT, a Municipal Corporation;<br><br>Defendant. | NO.<br><br>COMPLAINT FOR DAMAGES<br><br>JURY DEMANDED |

COME NOW the Plaintiffs, through their attorney, Thaddeus P. Martin, attorney of record for Plaintiffs, by and through this Complaint and by way of claim allege:

### I.     INTRODUCTION

1.1   This lawsuit is for damages against Castle Rock School District and their agents.

1.2   This lawsuit is brought against Castle Rock School District for unlawful discrimination, endangerment and harm of a student by the defendant's negligence and wrongful conduct. Plaintiff has filed a tort claim against Castle Rock School District and 60 days has passed.

## III. VENUE

3.1 The events which gave rise to this lawsuit occurred in Pierce County Washington. The school in question is located in Cowlitz County, Washington. The plaintiffs reside in Cowlitz County, Washington. Venue is proper.

## IV. PARTIES

**4.1  Plaintiffs**

4.1.1 Plaintiffs are citizens of the United States of America, residents of Lewis County, Washington.

4.1.2 Plaintiff, A.K.J, was a student at Castle Rock High School at the time of the incidents surrounding this lawsuit.

4.1.3 Plaintiff, Jennifer Kraley Heinrich is the natural mother of Plaintiff, A.K.J., and has legal custody of him. Plaintiff A.K.J. resided at all relevant times with his natural mother, Jennifer Kraley Heinrich.

**4.2  Defendants**

4.2.1 Castle Rock School District is a quasi municipal corporation.

## V. FACTS

5.1 The facts surrounding this lawsuit occurred at Castle Rock High School, 5180 Westside Highway, Castle Rock, WA 98611. Castle Rock High School is a school within the Castle Rock School District ( hereinafter "District").

5.2 Plaintiff A.K.J. is a disabled minor.

5.3 The District administrators, teachers, staff, knew or should have known that the minor claimant was being threatened and bullied, harassed, assaulted and harmed by other students and knew that the assailants were troubled, assaultive students with a propensity to

cause harm to unsuspecting victims. The District's administrators, teachers and staff also directly engaged in discriminatory conduct.

5.4  On January 9, 2023, student D.G.C. started spreading sexual rumors verbally and through social media at Castle Rock High School stating Zander was "getting his dick sucked by A.K.J.'s friend in the boys' bathroom at the school. These rumors were heard by Castle Rock staff members Mr. Roberts, Mr. Henton and A.K.J. teachers. Students of all grades started calling A.KJ.. names like "faggot and pussy" and repeatedly asked A.K.J. "do you like getting your dick sucked by T.?" These types of behaviors occurred on the bus, in the school hallways, lunchroom, bathrooms, and in the classrooms; often near enough for teachers to hear. Nothing was done or said to address this discriminatory behavior. During this first week of these rumors, the drug and alcohol counselor at Castle Rock had heard the rumor, as had A.K.J.'s Case manager and counselor (Mr. Degraff).

5.5  A.K.J. had weekly check-ins with DeGraff but DeGraff never addressed these sexually harassing and offensive rumors or addressed how this wrongful behavior was affecting A.K.J.'s school work or his willingness to attend school.

5.6  On February 3, 2023, after continuously hearing the rumors and the repeated offensive comments and names A.K.J. was being called such as "faggot and pussy and asked about getting his dick sucked," A.K.J. told D.G.C. that he needed "to shut your mouth or I will shut it for you." D.G.C. continued the name calling and rumor spreading via verbal taunts and social media posts (snap chat, so no record is available). D.G.C. was called names like "faggot" at least 5-8 times a day.

5.7  On February 7, 2023, during lunch time (around 11:45-12:00), A.K.J. tapped D.G.C. on the shoulder and motioned him to go into the bathroom to again confront the

discriminatory conduct. A.K.J. went into the bathroom alone, however D.G.C. brought between 12-25 other students into the restroom with him, with only ten or so able to fit inside, The rest of the students bottlenecked the entrance to the restroom. D.G.C. and A.K.J. started a heated verbal exchange, but no physical contact was made. The fellow students D.G.C. had asked to join, surrounded A.K.J. and D.G.C. taunting them to fight, repeatedly calling A.K.J. "faggot and pussy". All students inside the bathroom had their phones out and were filming the entire exchange. Other students were encouraging A.K.J. to say the "N-word" and calling A.K.J. a "N-word Faggot" using the full use of the N word. About 2-3 minutes after the crowd entered the bathroom, the counselor (DeGraff) and the drug and alcohol counselor (Roberts) pushed their way into the restroom and dispersed the students. No names of students were taken, no phones were confiscated, students were not asked to delete the video, and A.K.J. and D.G.C. were not spoken to and were sent directly to class.

5.7    A.K.J. went directly to class, and once in class other students started to call him "Faggot and pussy, N-word Faggot" and asked A.K.J. about "getting his dick sucked." This occurred in the presence of a teacher. A.K.J. was also mocked for not hitting D.G.C. in the bathroom. After about 6 minutes of this, A.K.J. asked his teacher to speak to D.G.C. about the abuse. Once A.K.J. reached DeGraff's office, he was in an active anxiety/panic attack, and Degraff told A.K.J. he could either go back to class or sit in a side room (a closet with one small window with the blinds closed.) A.K.J. chose the side room. The blinds remained closed, and during the over 2 hours he was in the room, he was checked on one time, the blinds remained closed, and A.K.J. used self-harm to try and end his panic attack. A.K.J.'s mother, Jennifer Kraley, was not notified until A.K.J. had been in the room for over 2 hours alone. While A.K.J. was in the side room, students continued to walk by, making comments through the cracked

door (the door has no window or opening to see through), most making the same comments as they were in class such as caling A.K.J. "faggot, pussy, N-word faggot" and talked about the bathroom incident. No adults intervened.

5.8    When the Vice Principal returned from a field trip around 2:15, he was informed of the lunchroom incident, and was informed A.K.J. was in the side room alone. Mr. Henton called Ms. Kraley at work, and she immediately called A.K.J. and heard from his voice that he was still in an active panic and anxiety attack and was not in a good place. Ms. Kraley had to leave her school, where she is a teacher, and arrived at Castle Rock High School at approximately 2:45, and A.K.J. was already outside waiting for her. The school did not have Ms. Kraley check him out and she was not sure how long he was outside alone. Once home, A.K.J. immediately went to sleep, and slept for over 6 hours, exhausted from the stress and anxiety. Ms. Kraley excused A.K.J. from school and made an appointment with his therapist and pediatrician for February 9, 2023, as he was quite depressed, and not in a good emotional state. His pediatrician increased A.K.J.'s his anti-depression medicine, and prescribed anxiety medicine for the first time for A.K.J.

5.9    On February 8, 2023, Ms. Kraley contacted the district office with questions about why there was no investigation, discipline for the sexual harassment, and why the students filming and encouraging the fight were not spoken to or given a consequence. Ms. Kraley was told they knew nothing about the statements (even though Degraff and Roberts, the staff members who broke up the altercation at lunch knew of the rumors, along with many teachers and the vice principal). Ms. Kraley filed a formal Title IX complaint related to the handling of the situation and filed a sexual harassment complaint against the student. After 10-14 days of Ms. Kraley repeatedly asking about the investigation, Ms. Kraley finally received an email

asking her to name directly the student who started the rumors and sexual harassment. Ms. Kraley expressed to the school her concern about retaliation, and the continued sexual harassment that was occurring at school. The school stated they had a plan for A.K.J., although there was no follow through in keeping A.K.J. safe in school designed to stop the harassment and bullying.

5.10  By the end of February 2023, there still was no investigation started. Before the end of February- Ms. Kraley demanded that the investigation start, as a month had almost passed, and the district finally hired a lawyer from Bellingham to investigate the Sexual Harassment/Title IX complaint filed.

5.11  On March 15, 2023, during lunch, D.G.C.'s older brother found A.K.J. alone in the bathroom and surrounded him with 6-10 other upperclassmen. He told A.K.J. that "he knew about the sexual harassment charges against his brother" that "I will kick your fucking ass faggot" and that "there is a chat group with my family and students to make sure we get our stories straight and you are blamed." A.K.J. felt scared for his safety, and escaped the bathroom and went directly to the principal. Her door was open, and when A.K.J. entered visibly upset and in an anxiety attack, before he could speak the principal stated "I won't speak to you. Your mom is not here. Leave now." A.K.J. went across the hall to the counselor and his case manager. McGraff's door was also open and he was without students. He could also see that A.K.J. was visibly upset. Mr. DeGraff said, "I won't talk to you. Leave." A.K.J., feeling hopeless and unsafe, called his mother. A.K.J. then called his step-father, who came to the school within 10 minutes and picked A.K.J. up, again without needing to sign him out. A.K.J. was outside in distress and unsupervised waiting for him.

5.12 Ms. Kraley received the message from A.K.J. about the threats and this specific retaliation, and immediately called the vice principal. A.K.J. told Ms. Kraley that he felt unsafe, and that everyone promised that no one would know about the investigation, and that he would be protected from retaliation. He was so upset and said he would not ever go back to Castle Rock High School as he was not safe.

5.13 During the month of February 2023, A.K.J.'s media/literacy teacher asked the class "are there any Jews in this class?" A.K.J. raised his hand and stated his mother was Jewish, and so that made him part Jewish. A.K.J. being Jewish spread throughout the school, and Holocust jokes, swasticas drawn on peers hands, and hate words (Kike) were added to the other insults that he was subjected to daily. This continued until a culminating event on March 13th. On March 13, 2023, during Honors History Class, a student drew a swastika on her finger, held it up under her nose, and asked A.K.J., "how do you like this Jew?" The student next to her asked A.K.J. "if he really likes getting his dick sucked?" The teacher, Mr. Hart, was next to all three students, and he simply said, "be nice." That is all he did to address the anti-semitic and sexual comments. The rumors continued to plaintiff's new school.

5.14 These examples, again, are only meant to generally describe the type and forms of discrimination and wrongful conduct that forms the basis of the claims brought by the plaintiffs. Further details and information shall be provided and developed as discovery commences and is completed.

**5.2  SPECIAL RELATIONSHIP**

5.2.1 Castle Rock School District, through its employees, administrators and agents, had a special relationship with the plaintiff A.K.J. This special relationship granted plaintiffs a right to protection. Castle Rock School District had a duty to protect plaintiff

described in this complaint, but failed to do so.

## VI.   CLAIMS FOR RELIEF

**6.1   Negligence, Negligent Hiring, Retention and Supervision**: Plaintiffs incorporate all prior assertions in this Complaint as the proximate cause of Plaintiffs' injuries under these causes of action.

**6.2   Intentional/Negligent Infliction of Emotional Distress, Outrage**: Plaintiffs incorporate all prior assertions in this Complaint as the proximate cause of Plaintiffs' injuries under these causes of action.

**6.3   Destruction/Damage** to the parent child relationship: Plaintiffs incorporate all prior assertions in this Complaint as the proximate cause of Plaintiffs' injuries.

**6.4   Violation of Title IX**. Title IX of the Education Amendments of 1972 (Title IX) prohibits sex (including pregnancy, sexual orientation, and gender identity) discrimination in any education program or activity receiving federal financial assistance. Plaintiffs incorporate all prior assertions in this Complaint as the proximate cause of Plaintiffs' injuries under these causes of action.

## VII.   DAMAGES

7.1   As a direct and proximate result of the acts and omissions of the Defendants, and each of them, the Plaintiffs suffered severe and permanent emotional distress, mental anguish, mental and emotional shock, all of which have continued into the present and will continue into the future. Jennifer Kraley Heinrich suffered economic loss, such as wage loss as a result of defendant's negligence.

## VIII.  PRAYER FOR RELIEF

WHEREFORE, Plaintiffs prays for judgment against Defendants, and each of them, as follows:

(1) For such special damages as shall be established at time of trial;

(2) For such general damages as shall be established at time of trial;

(3) For such punitive damages allowable by law; and

(4) For such attorneys' fees, interest, costs, and such other and further relief as shall be allowed by law or deemed just and equitable.

Dated this 12th day of October, 2023.

LAW OFFICE OF THADDEUS P. MARTIN

By _____
Thaddeus P. Martin, WSBA 28175
tmartin@thadlaw.com
Attorney for Plaintiff