Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JENNIFER KRALEY HEINRICH, Individually and as limited guardian ad litem for A.K.J., a Minor,<br><br>Plaintiff,<br><br>v.<br><br>CASTLE ROCK SCHOOL DISTRICT, a Municipal Corporation,<br><br>Defendant. | No. 3:23-cv-05945-TMC<br><br>STIPULATED MOTION TO ADJUST EXPERT DISCLOSURE DEADLINE<br><br>**Note on Motion Calendar: August 21, 2024** |

## **STIPULATION**

Plaintiff Jennifer Kraley Heinrich, Individually and as limited guardian ad litem for A.K.J., a Minor ("Plaintiff") by and through their counsel of record, Thad Martin, and Defendant Castle Rock School District ("Defendant"), by and through their counsel of record, Patricia K. Buchanan and Haley E. Moore, stipulate and respectfully move the Court for an order extending the deadline by which the parties must disclose expert opinions pursuant to FRCP 26(a)(2)(B). By Order of this Court (Dkt. No. 14), the deadline to disclose expert opinions is August 26, 2024. The parties jointly request that the Court extend the deadline for expert opinions under FRCP 26(a)(2)(B) to October 26, 2024.

The parties make this request in order to most efficiently and effectively resolve this

STIPULATED MOTION TO ADJUST EXPERT
DISCLOSURE DEADLINES- 1

3:23-cv-05945-TMC
1038341

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA  98104
Tel. 206.462.6700  Fax 206.462.6701

matter without the need for trial. The parties currently are set for mediation on August 27, 2024. Allowing the parties additional time and focus of resources to negotiate towards resolution would promote efficient litigation and hopeful resolution of the issues at bar and avoid incurring additional cost of potentially unnecessary expert opinions.

    AGREED AND STIPULATED TO on this 21st day of August, 2024.

| PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S. | LAW OFFICE OF THADDEUS P. MARTIN |
|---|---|
| By: _____ <br> Patricia K. Buchanan, WSBA 19892 <br> Haley E. Moore, WSBA 48076 <br> Attorney for Defendants <br> 1000 Second Ave., 30th Floor <br> Seattle, WA 98104 <br> (206) 462-6700 <br> pkb@pattersonbuchanan.com <br> hem@pattersonbuchan.com | By: *s/ Thaddeus P. Martin* <br> Thaddeus P. Martin, WSBA No. 28175 <br> 3015 Bridgeport Way West <br> University Place, WA 98466 <br> (253) 682-3420 <br> thad@thadlaw.com |

STIPULATED MOTION TO ADJUST EXPERT DISCLOSURE DEADLINES- 2
3:23-cv-05945-TMC
1038341

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

**ORDER**

THIS CAUSE CAME TO BE HEARD upon the Stipulation of the parties, by and through their respective attorneys of record, seeking to continue the deadline to disclose expert opinions pursuant to FRCP 26(a)(2)(B) from August 26, 2024 to October 26, 2024.  The Court finds good cause for extending this deadline and thus the stipulated motion is hereby GRANTED.  The deadline to disclose expert opinions pursuant to FRCP 26(a)(2)(B) is October 26, 2024. The parties' trial date and all other deadlines remain unchanged, as set in Dkt. 14.

IT IS SO ORDERED AND ADJUDGED.

Dated this 21st day of August, 2024.

_____
TIFFANY M. CARTWRIGHT
United States District Judge

Presented by:

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

By:_____
Patricia K. Buchanan, WSBA 19892
Haley E. Moore, WSBA 48076
Attorney for Defendants
1000 Second Ave., 30th Floor
Seattle, WA  98104
(206) 462-6700
pkb@pattersonbuchanan.com
hem@pattersonbuchan.com


LAW OFFICE OF THADDEUS P. MARTIN

By:  _s/ Thaddeus P. Martin_____
Thaddeus P. Martin, WSBA No. 28175
3015 Bridgeport Way West
University Place, WA 98466
(253) 682-3420
thad@thadlaw.com

STIPULATED MOTION TO ADJUST EXPERT DISCLOSURE DEADLINES- 3

3:23-cv-05945-TMC
1038341

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA  98104
Tel. 206.462.6700  Fax 206.462.6701