UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNIFER KRALEY HEINRICH, Individually and as limited guardian ad litem for A.K.J., a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>CASTLE ROCK SCHOOL DISTRICT, a Municipal Corporation;<br><br>Defendant | NO. 3:23-cv-05945-TMC<br><br>ORDER ON STIPULATED PETITION TO APPOINT A SETTLEMENT GUARDIAN AD LITEM |

**THIS MATTER** came before the Court on the Petition herein for appointment of Settlement Guardian ad Litem filed on behalf of the above-named minor A.K.

The Court finding that the facts set forth give the court jurisdiction over this matter, that a tentative settlement has been reached on behalf of A.K., minor, and that pursuant to SPR 98.16W, a Guardian ad Litem or independent attorney is required to investigate and evaluate the proposed settlement; now therefore,

**It is ORDERED** that Settlement Guardian ad Litem **Virginia DeCosta** is a person found or known by the Court to be a suitable, disinterested person having the requisite

knowledge, training and expertise to perform the duties required by RCW 11.88.090 and SPR 98.16W and is hereby appointed to represent the interests of the named minors.

The Settlement Guardian ad Litem shall, within (45) forty-five days after appointment, unless otherwise ordered, file a report with the Court and provide a copy to each party, or their counsel, if they are represented.

**IT IS FURTHER ORDERED** that this matter shall be set for hearing on October 29, 2024, at 3:00 pm, regarding the SGAL's findings in this matter.

-----------------------------------------------------------------------

**IMPORTANT MESSAGE FOR G.A.L. OR INDEPENDENT ATTORNEY**

-----------------------------------------------------------------------

**A. Duties.** The G.A.L. shall have the following duties:

1. To investigate and evaluate the adequacy of the offered settlement in light of the needs and best interests of the minor.

2. To review written or oral reports from the attorneys, guardians, and medical providers necessary to permit a complete report as required by SPR 98.16W.

3. To provide the court with a written report which shall include a description, **in depth appropriate to the magnitude of injuries and the amounts offered**, of at least:

    (a) <u>Appointment of Settlement Guardian ad Litem</u>: State your name, date of appointment, and the date that you started working on this matter. Give a brief statement of your experience and qualifications as pertain to serving as Settlement Guardian ad Litem or attach a C.V. with this information. Describe your relationship, if any, with involved parents, guardians, insurers or attorneys.

    (b) <u>Investigation</u>: Describe the investigation you conducted, the persons interviewed, and the documents your reviewed.

ORDER ON PETITION TO APPOINTMENT
SETTLEMENT GUARDIAN AD LITEM - 2 of 6

Law Office Of Thaddeus P. Martin
3015 Bridgeport Way West
University Place, WA 98466
(253) 682-3420

(c) <u>Description of Incident and Cause of Action</u>: Describe the incident and the affected person's legal claims.

(d) <u>Injuries</u>: Describe the injuries and their severity; length of disability; and prognosis for future disability. Attach a copy of a recent supporting medical report or office record.

(e) <u>Damages</u>: Describe the special and general damages that are potentially recoverable.

(f) <u>Liability Issues</u>: Describe the factors bearing on the defendant(s)'s liability, including issues of primary negligence, contributory or comparative negligence, causation and probable chances of recovery.

(g) <u>Insurance & Assets Available to Satisfy Claim</u>: State the nature and extent of all insurance coverage or assets available to satisfy the claim, whether maintained through the defendant, the family, or available through government entitlements.

(h) <u>Liens and Subrogation</u>: Identify all liens, subrogation, and reimbursement claims. Make a recommendation regarding how those claims are to be resolved including a recommendation regarding retention in any attorney's trust account of the full amount claimed until the final resolution of the claim.

(i) <u>Other Claims</u>: Identify all other claims arising out of the same occurrence. State whether another family member has a claim arising out of the same occurrence, and whether a family member is or could be a defendant in any action based on the claim.

ORDER ON PETITION TO APPOINTMENT
SETTLEMENT GUARDIAN AD LITEM - 3 of 6

Law Office Of Thaddeus P. Martin
3015 Bridgeport Way West
University Place, WA 98466
(253) 682-3420

(j) <u>Appointment</u>: Indicate the amount, basis, and justification for allocating the gross settlement to be paid by defendants among the various claimants of the same family or unrelated claimants, if any. State whether the minors or incapacitated person was independently represented at the time the proposed apportionment was determined.

(k) <u>Proposed Settlement</u>: Discuss and evaluate the reasonableness of the proposed settlement amount, stating the basis for your valuation of the claim. Also discuss the form the settlement might take (e.g. blocked amount, guardianship, structured settlement, or trust) and the proposed settlement documents.

(l) <u>Expenses and Fees</u>: Discuss and evaluate the reasonableness of the attorney's requested, costs to be reimbursed, and any other deductions from the proceeds of the claim.

(m) <u>Disposition of Net Proceeds</u>: Clearly set forth your calculation of the net proceeds of the claim. Begin with the proposed offer and subtract reasonable attorney's fees and costs, liens and subrogation reimbursements, settlement Guardian ad Litem fees, etc. Giving your reasons and recommendations regarding how the funds should be placed. If you recommend use of a blocked account state how the funds shall be transferred into the blocked account and who is responsible for filing the receipt for blocked account. If a legal guardianship is required, state the nominee and the terms that you recommend and ensure that forms offered comply with RCW 11.88. If you recommend a structured settlement, state why that option is preferred, and the specific terms that ought to

ORDER ON PETITION TO APPOINTMENT
SETTLEMENT GUARDIAN AD LITEM - 4 of 6

Law Office Of Thaddeus P. Martin
3015 Bridgeport Way West
University Place, WA 98466
(253) 682-3420

be employed and how they relate to the specific needs of the minors or incapacitated person.  For structured settlements, include the cost of the structured portion, the interest rate received, the name of the company, and its financial rating.  If you or any party recommend the creation of a trust as a recipient of the settlement funds, give your recommendation as to the special needs of the incapacitated person and how they would be served by the trust; specific provisions that ought to be included or omitted from the trust document; and your nomination of professional to draft the trust, and the recommended fee therefore.

(n) <u>Settlement Guardian ad Litem Fees</u>:  Attach a declaration of your time and services, giving your professional rate and the amounts sought.  Indicate who you recommend pay these fees and costs.

(o) <u>Presence at Hearing</u>:  State whether the minors or the settlement Guardian ad Litem, or any other person should be present at the hearing to approve the settlement, and why.

(p) <u>Conclusion</u>:  Give your recommendations as to the adequacy of the offered settlement, the application of the proceeds, and the steps to be followed if you recommend that the settlement not be approved.

B.   To accomplish all other duties required under SPR 98.16W and order of the court.

C.   The cost of bringing this proceeding, the Settlement Guardian ad Litem's fee, will be paid by the defense insurance carrier.

D.   A Court's working copy of the report shall be delivered not later than three (3) days preceding the hearing.  If the assigned judge has not retained jurisdiction to hear this matter, the working copy of the report shall be submitted to the Commissioner's Services Department.

ORDER ON PETITION TO APPOINTMENT
SETTLEMENT GUARDIAN AD LITEM - 5 of 6

Law Office Of Thaddeus P. Martin
3015 Bridgeport Way West
University Place, WA 98466
(253) 682-3420

E.	The Settlement Guardian ad Litem shall not employ or retain counsel or experts to assist in these duties except as authorized in advance by the court and shall promptly advise the court if others have retained such a person without court authorization, including but not limited to the retention of counsel to initiate litigation or draft a trust.

F.	The Settlement Guardian ad Litem may seek instruction from the court upon application and notice to all parties.  If any records or portion of the report contains confidential information which may adversely affect the settlement of the claim if publicized before trial, seek appropriate direction from the court.

DONE IN OPEN COURT this 6th day of September, 2024.

_____
Tiffany M. Cartwright
United States District Judge

Presented by:

| LAW OFFICE OF THADDEUS P. MARTIN | PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S. |
|---|---|
| By: *s/ Thaddeus P. Martin* <br> Thaddeus P. Martin, WSBA No. 28175 <br> 3015 Bridgeport Way West <br> University Place, WA 98466 <br> 253) 682-3420 <br> thad@thadlaw.com | By: *s/ Patricia K. Buchanan* <br> Patricia K. Buchanan, WSBA 19892 <br> Haley E. Moore, WSBA 48076 <br> Attorney for Defendants <br> 1000 Second Ave., 30th Floor <br> Seattle, WA 98104 <br> (206) 462-6700 <br> pkb@pattersonbuchanan.com <br> hem@pattersonbuchan.com |