UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNIFER KRALEY HEINRICH, Individually and as limited guardian ad litem for AKJ, a minor, <br><br>     Plaintiff, <br><br>  v. <br><br>CASTLE ROCK SCHOOL DISTRICT, <br><br>     Defendant. | Case No. 3:23-cv-05945-TMC <br><br> ORDER ON PETITION FOR APPROVAL OF MINOR SETTLEMENT OF A.K.J. |

**THIS MATTER** having come on regularly before the above-entitled Court for hearing upon the Petition for Approval of Minor Settlement of A.K.J., pursuant to the report of Virginia DeCosta, the court appointed Guardian Ad Litem for the purposes of reviewing and reporting on the proposed settlement between the parties.

The Court having reviewed the records and files herein, and finds that the settlement would be in the best interest of A.K.J., minor, and now, it is hereby

**ORDERED** that the minor settlement of A.K.J. is approved.

**IT IS FURTHER ORDERED** that the settlement proceeds in the sum of $300,000.00 should be paid to Thaddeus P. Martin, Attorney for Plaintiffs, on behalf of Jennifer Kraley Heinrich and minor A.K.J., and deposited into the trust account of Thaddeus P. Martin.

**IT IS FURTHER ORDERED** that the settlement funds shall be disbursed as follows:

| | |
|---|---|
| Gross Settlement: | $300,000.00 |
| Less Attorney's Fees (1/3) | $100,000.00 |
| Less Costs: | $   7,569.86 |
| Less Amount to  be held in Trust Pending Final Negotiations of Medical Subrogation Lien: | $   1,088.00[1]  * |
| Less Amount Paid to Plaintiff Jennifer Kraley Heinrich | $  30,000.00 |
| Less Amount on behalf of minor, A.K.J. | $ 161,342.14 |

**IT IS FURTHER ORDERED** that Petitioner's Attorney, Thaddeus P. Martin, shall open for the minor A.K.J. an interest-bearing, Blocked Savings Account at a federally insured financial institution, subject to the following rules:

1. The net proceeds of the settlement disbursed for the benefit of A.K.J. shall be deposited in the Blocked Savings Account, which must be blocked from any withdrawals absent a Court order until A.K.J. reaches the age of 18.

2. The Blocked Savings Account shall be opened solely in A.K.J's name and under his social security number.

3. The financial institution is prohibited from charging A.K.J. a fee for opening the Blocked Savings Account or from assessing any other kind of monthly or extraneous fees.

4. Online banking access to the Blocked Savings Account shall be prohibited until A.K.J. reaches the age of 18.

---

[1]   Any additional funds obtained after receipt of any reduction from the subrogation lienholder Molina would be deposited into the minor's blocked account.

ORDER ON PETITION FOR APPROVAL OF MINOR SETTLEMENT OF A.K.J. - 2

5. A.K.J. may withdraw funds from the Blocked Savings Account when he reaches the age of 18 and provides proper proof of identification and confirmation of his age. A.K.J. does not need to petition this Court for further approval to disburse funds from the blocked once he reaches the age of eighteen.

6. A receipt of deposited funds and a declaration from Counsel confirming that the Blocked Savings Account has been opened and funded in compliance with these rules shall be filed with the Court within forty-five (45) days of this Order.

**IT IS FURTHER ORDERED** that the Defendant shall also remit payment for the following amounts pursuant to its agreement of the parties:

**$3,500.00** to Virginia DeCosta for her Settlement Guardian Ad Litem Fees

**IT IS FURTHER ORDERED** that Jennifer Kraley Heinrich is authorized to sign a release and hold harmless documents on behalf of minor A.K.J.

**IT IS FURTHER ORDERED** that Plaintiff's Counsel file a declaration regarding the final amount of the medical lien paid and confirming that any remaining funds from the firm's trust account have been deposited to A.K.J.'s Blocked Savings Account.

**IT IS FURTHER ORDERED** that Virginia DeCosta be discharged as settlement guardian ad litem once this Order has been signed and the Receipt of Deposit is filed with the Court.

Dated this 13th day of November, 2024.

Tiffany M. Cartwright
United States District Judge

ORDER ON PETITION FOR APPROVAL OF MINOR SETTLEMENT OF A.K.J. - 3